UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-21709-CIV-UNGARO/O'SULLIVAN

**[CONSENT]**

CLAUDIO DIFRANCESCO, et al.,

    Plaintiffs,

v.

HOME FURNITURE LIQUIDATORS,
et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Enlargement of Time to Serve Process (DE# 43, 8/8/07). Having considered the applicable filings and the law, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for Enlargement of Time to Serve Process (DE# 43, 8/8/07) is **GRANTED**. Fed.R.Civ.P. 4(m) provides that if service is not made upon the defendant within 120 days after the filing of the complaint, the court "shall dismiss the action without prejudice as to that defendant **or direct that service be effected within a specified time** ...." (emphasis added). See Horenkamp v. Van Winkle and Company, Inc., 402 F.3d 1129, 1132 (11th Cir.2005) (finding that district courts have discretion to extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause). Here, the plaintiffs made numerous attempts to serve process on Susan Marie Porter. Accordingly, the plaintiffs shall have

until **Monday, October 15, 2007** to perfect service of process on Susan Marie Porter.

DONE AND ORDERED in Chambers at Miami, Florida this **14th** day of August, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record