UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-21709-CIV-O'SULLIVAN

**[CONSENT]**

CLAUDIO DIFRANCESCO, et al.,

    Plaintiffs,

v.

HOME FURNITURE LIQUIDATORS,
et al.,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court sua sponte. Having carefully reviewed the record and the law, it is

ORDERED AND ADJUDGED that a **DEFAULT** is entered in favor of the plaintiff and against the corporate defendants Home Furniture Liquidators and Falco Enterprises.

Daniel W. Raab, Esq. was counsel of record for the defendants. On August 15, 2007, the Court issued an Order (DE# 47) allowing Daniel W. Raab, Esq. to withdraw from the future representation of the defendants, effective September 14, 2007. The August 15, 2007 Order also allowed the defendants, Home Furniture Liquidators and Falco Enterprises, until September 14, 2007, to retain new counsel, and for said counsel to enter a formal appearance with this Court. Because Home Furniture Liquidators and Falco Enterprises are corporations, they cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well

established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.").

"It is well established that the district court has the authority to . . . enter default judgment . . . for failure to . . . comply with its orders." See Flaska v. Little River Marine Construction Co., Inc., 389 F.2d 885, 887 (5th Cir. 1968),[1] cert. den. 88 S.Ct. 2287, 392 U.S. 928 (1968) (citations omitted). In the August 15, 2007 Order (DE # 47), the Court warned the defendants that if the corporate defendants failed to retain new counsel, or new counsel failed to enter a formal appearance with this Court on or before September 14, 2007, this Court could, based on a motion by the plaintiff, or sua sponte, enter a default in favor of the plaintiff and against defendants Home Furniture Liquidators and Falco Enterprises. The defendants failed to make any of the filings in accordance with the August 15, 2007 Order.

On September 12, 2007, the Court issued an Amended Order and Notice of Hearing (DE# 54) setting a hearing before the undersigned for September 24, 2007 at 11:00 A.M. The Order (DE# 54) specifically provided that "the individual defendant, Dhafir Karim, any new counsel for Mr. Karim and **counsel for the corporate defendants shall be present at the September 24, 2007 hearing**." See Amended Order and Notice of Hearing (DE# 54, 9/12/07) (emphasis added). Although the Court waited until 11:20 a.m., no one appeared at the hearing on behalf of the corporate defendants. Accordingly, a default is entered in favor of the plaintiff and against Home

---

[1] The Eleventh Circuit in Bonner v. City of Prichard, 661 F. 2d 1206, 1207 (11th Cir. 1981), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.

Furniture Liquidators and Falco Enterprises. It is further

ORDERED AND ADJUDGED that Daniel W. Raab, Esq. **shall serve a copy of this Order on the defendants**.

DONE AND ORDERED in Chambers at Miami, Florida this **24th** day of September, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

Daniel W. Raab, Esq.
Daniel W. Raab, P.A.
1320 S Dixie Highway
Coral Gables, FL 33146-2942

Dhafir Karim
P.O. Box 551926
Ft. Lauderdale, FL 33355-1926

Dhafir Karim
Home Furniture Liquidators
901 East 10th Avenue, Suite 12D
Hialeah, FL 33010