**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 06-21709-CIV-O'SULLIVAN**

**[CONSENT]**

CLAUDIO DIFRANCESCO, et al.,

       Plaintiffs,

v.

HOME FURNITURE LIQUIDATORS,
et al.,

       Defendants.

_____/

<u>**ORDER**</u>

    **THIS MATTER** is before the Court <u>sua</u> <u>sponte</u>. On August 15, 2007, the

undersigned issued an Order (DE # 47) requiring the individual defendant, Dhafir Karim,

to retain counsel or "file a notice with the Court indicating the proper address for service

of all future pleadings in this matter on or before September 14, 2007." <u>See</u> Order (DE#

47, 8/15/07). Defendant Karim failed to do so. On September 12, 2007, the Court

issued an Amended Order and Notice of Hearing (DE # 54) which provided that "**the**

**individual defendant, Dhafir Karim [and] any new counsel for Mr. Karim** . . . **shall**

**be present at the September 24, 2007 hearing**." <u>See</u> Amended Order and Notice of

Hearing (DE# 54, 9/12/07) (emphasis added). Neither the individual defendant or new

defense counsel appeared at the hearing.  On September 24, 2007, the Court issued

an Order (DE# 57) requiring the individual defendant, Dhafir Karim, to comply with the

August 15, 2007 Order that he file a notice with the Court indicating the proper address

for service of all future pleadings in this matter on or before **Tuesday, October 9, 2007**.

In this Order (DE# 57), the Court warned the individual defendant that "[t]he failure to comply with this Order will result in a default against defendant Dhafir Karim." The Court further Ordered the individual defendant, Dhafir Karim, to "file with this Court a memorandum addressing why a default judgment should not be entered against him for failure and refusal to abide by this Court's aforementioned Order and failure to appear at the September 24, 2007 hearing" on or before October 9, 2007. The individual defendant did not comply with the Court's Order (DE# 57).

## ANALYSIS

"It is well established that the district court has the authority to . . . enter default judgment . . . for failure to . . . comply with its orders." See  Flaska v. Little River Marine Construction Co., Inc., 389 F.2d 885, 887 (5th Cir. 1968),[1] cert. den. 88 S.Ct. 2287, 392 U.S. 928 (1968) (citations omitted).

This Court finds, the individual defendant had notice of this Court's Order dated September 24, 2007 (DE # 57) requiring the individual defendant to file a notice indicating the proper address for service and to file a memorandum addressing his failure to appear at a duly scheduled hearing.

This Court also finds that the defendant had notice of this Court's Order entered on September 12, 2007 (DE # 54), requiring the defendant's appearance in Court on September 24, 2007. Based on the individual defendant's continued disregard for the Court's Orders, it is

ORDERED AND ADJUDGED that a DEFAULT is entered in favor of the plaintiff

---

[1] The Eleventh Circuit in Bonner v. City of Prichard, 661 F. 2d 1206, 1207 (11th Cir. 1981), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.

and against Dhafir Karim. It is further

ORDERED AND ADJUDGED that the trial set for November 19, 2007 and all other hearing dates are cancelled. It is further

ORDERED AND ADJUDGED that all pending motions are **DENIED AS MOOT**. It is further

ORDERED AND ADJUDGED that Daniel W. Raab, Esq. **shall serve a copy of this Order on the defendants**.

ORDERED AND ADJUDGED that, by **Friday, November 9, 2007**, the plaintiff shall move for final default judgment against all defendants.  The motion shall be supported by affidavit.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **10th** day of October, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

All counsel of record

Daniel W. Raab, Esq.
Daniel W. Raab, P.A.
1320 S Dixie Highway
Coral Gables, FL 33146-2942

Dhafir Karim
P.O. Box 551926
Ft. Lauderdale, FL 33355-1926