UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21709-CIV- O'SULLIVAN

[CONSENT]

CLAUDIO DIFRANCESCO, ALBERTO
VILLAVICENCIO and all others similarly
situated,

    Plaintiffs,

v.

HOME FURNITURE LIQUIDATORS, INC.,
FALCO ENTERPRISE, INC. and
DHAFIR KARIM, individually,
SUSAN MARIE PORTER, individually,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on Plaintiff Villavicencio's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) and Court Orders Reflected in DE#'s 58, 59 and 61; and for Attorneys Fees and Costs (DE # 62, 11/19/2007).

On November 19, 2007, the plaintiff filed the instant Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) and Court Orders Reflected in DE#'s 58, 59 and 61; and for Attorneys Fees and Costs (DE # 62). Under the Local Rules, the defendants' memorandum in opposition to the plaintiff's motion was due on December 7, 2007.

Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida, provides in pertinent part:

Each party opposing a motion shall serve an opposing memorandum of

law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (emphasis added).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to Plaintiff Villavicencio's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) and Court Orders Reflected in DE#'s 58, 59 and 61; and for Attorneys Fees and Costs (DE # 62, 11/19/2007) **on or before Wednesday, December 26, 2007**.  The failure to file a response may result in an order granting Plaintiff Villavicencio's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) and Court Orders Reflected in DE#'s 58, 59 and 61; and for Attorneys Fees and Costs (DE # 62, 11/19/2007) by default. It is further

ORDERED AND ADJUDGED that counsel for the plaintiffs shall **promptly mail a copy of this Order on the defendants**.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **12th** day of December, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Dhafir Karim
P.O. Box 551926
Ft. Lauderdale, FL 33355-1926