UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21709-CIV- O'SULLIVAN

[CONSENT]

CLAUDIO DIFRANCESCO, ALBERTO
VILLAVICENCIO and all others similarly
situated,

    Plaintiffs,

v.

HOME FURNITURE LIQUIDATORS, INC.,
FALCO ENTERPRISE, INC. and
DHAFIR KARIM, individually,
SUSAN MARIE PORTER, individually,

    Defendants.
_____/

## **FINAL DEFAULT JUGMENT**

    THIS MATTER came before the Court on Plaintiff Villavicencio's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) and Court Orders Reflected in DE#'s 58, 59 and 61; and for Attorneys Fees and Costs (DE # 62, 11/19/2007) and Plaintiff Difrancesco's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) and Court Orders Reflected in DE#'s 58, 59 and 61 (DE # 63, 11/20/2007). Pursuant to this Court's Order granting in part and denying in part said motions, Final Judgment is hereby entered in favor of the plaintiffs and against the defendants pursuant to Fed. R. Civ. P. 55(b). It is

    ORDERED AND ADJUDGED that plaintiff Villavicencio shall recover $13,400.00 (exclusive of attorney's fees and costs) from the defendants, Home Furniture Liquidators, Inc., Falco Enterprises, Inc. and Dhafir Karim. It is further

ORDERED AND ADJUDGED that the plaintiff Difrancesco shall recover $6,210.00 (exclusive of attorney's fees and costs) from the defendants, Home Furniture Liquidators, Inc., Falco Enterprises, Inc. and Dhafir Karim. It is further

ORDERED AND ADJUDGED that the plaintiffs shall recover $10,075.00 in attorney's fees and $1,537.30 in costs from the defendants, Home Furniture Liquidators, Inc., Falco Enterprises, Inc. and Dhafir Karim. It is further

ORDERED AND ADJUDGED that counsel for the plaintiffs shall **promptly mail a copy of this Order to the defendants**.

THE CLERK OF THE COURT is directed to mark this case **CLOSED**. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **2nd** day of January, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Dhafir Karim
P.O. Box 551926
Ft. Lauderdale, FL 33355-1926