UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-21709-CIV-O'SULLIVAN



CLAUDIO DIFRANCESCO, ALBERTO
VILLAVICENCIO and all others similarly
situated,
       Plaintiffs,

vs.

HOME FURNITURE LIQUIDATORS, INC.,
FALCO ENTERPRISE, INC. and
DHAFIR KARIM, individually,
SUSAN MARIE PORTER, individually

       Defendants
and

REEP, Inc. dba OSS

       Garnishee

## ANSWER OF GARNISHEE

**RE: WAGES OF DHAFIR KARIM**

At the time of service of the Writ of Garnishment on the garnishee, there was due and owing from the Garnishee to DHAFIR KARIM, the above-named Defendant $6,356.90. In addition, Garnishee will owe Dhafir Karim for additional days worked after this period. The daily pay rate for the Defendant is $430.14. The pay period for the Defendant is semi-monthly. This Answer covers earnings for 16-31 May 2008 for a June 15, 2008 pay date and any additional days worked after this period. The Defendant receives a $50.00 phone allowance each pay period. The Defendant is employed overseas. The Garnishee is not required by law to withhold any monies owed to the Defendant by Garnishee.

The addresses that the Garnishee has on file for the Defendant are as follows:

13960 S.W. 14th Street
Davie, FL 33326

16 Little Court
Wantag, Oxford 0X129FZ

Other names which the Garnishee knows the Defendant by are as follows:

1) Dhafir Abdul Karim

2) Dhafir A. Karim

3) A. Karim, Abdul

4) Dhafir Adnam Abdul Karim

The Garnishee does not know of any other person indebted to the Defendant who may be in possession or control of any of the property of the Defendant.

REEP, INC. DBA OSS
1876 Bureau Drive
Fayetteville, NC 28312

Signature: _/s/ Mark F. Votipka_
Name: Mark F. Votipka
Title: Human Resources Director

Subscribed and sworn to before me this 10th day of June 2008.

_/s/ Susan L. Ray_ Notary Public

(Notarial Seal)

My Commission Expires: 10-24-09

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Answer has been sent by facsimile and U.S. mail to the Plaintiff's Attorney, J.H. Zidell, Esq. at 300 71st Street, Suite #605, Miami Beach, Florida 33141.

_/s/ Mark F. Votipka_
Mark F. Votipka
Human Resources Director

2