UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21709-CIV- O'SULLIVAN

[CONSENT]

CLAUDIO DIFRANCESCO, ALBERTO
VILLAVICENCIO and all others similarly
situated,

    Plaintiffs,

v.

HOME FURNITURE LIQUIDATORS, INC.,
FALCO ENTERPRISE, INC. and
DHAFIR KARIM, individually,
SUSAN MARIE PORTER, individually,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Issuance of Continuing Writ of Garnishment After Judgment (DE # 72, 6/16/2008) as to Garnishee REEP, Inc. D/B/A OSS, Inc.

On June 16, 2008, the plaintiffs filed the instant Motion for Issuance of Continuing Writ of Garnishment After Judgment (DE # 72). Under the Local Rules, the defendants' memorandum in opposition to the plaintiffs' motion was due on July 3, 2008.

Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida, provides in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed**

**sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (emphasis added).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to Plaintiffs' Motion for Issuance of Continuing Writ of Garnishment After Judgment (DE # 72, 6/16/2008) **on or before Monday, July 21, 2008.** The failure to file a response may result in an order granting Plaintiffs' Motion for Issuance of Continuing Writ of Garnishment (DE # 72, 6/16/2008) by default. It is further

ORDERED AND ADJUDGED that counsel for the plaintiffs shall **promptly mail a copy of this Order to the defendants**.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **7th** day of July, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Dhafir Karim
P.O. Box 551926
Ft. Lauderdale, FL 33355-1926