UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-21709-CIV- O'SULLIVAN

[CONSENT]

CLAUDIO DIFRANCESCO, ALBERTO )
VILLAVICENCIO and all others similarly )
situated, )
                       Plaintiffs, )

vs. )

HOME FURNITURE LIQUIDATORS, INC., )
FALCO ENTERPRISE, INC. and )
DHAFIR KARIM, individually )

                       Defendants

**FINAL JUDGMENT IN GARNISHMENT**

Pursuant to REEP, Inc. d/b/a OSS, Inc.'s Answer of Garnishee to Second Writ of Garnishment filed on October 28, 2008 and the Final Judgment rendered in this case on January 02, 2008 and no response having been received from the Defendants, it is

ORDERED AND ADJUDGED that, within 10 days from the date of this Judgment, REEP, Inc. d/b/a OSS, Inc. shall pay $25,896.18 (inclusive of statutory interest) to Defendant Dhafir Karim as evidenced by the Answer of Garnishee to Second Writ of Garnishment and shall be issued to the Client Trust Account of J.H. Zidell P.A. in trust for Plaintiffs Claudio Difrancesco and Alberto Villavicencio.

Additionally, within 10 days hereof, REEP, Inc. d/b/a OSS, Inc. shall pay $2,456.88 from the monies currently owed to Defendant Dhafir Karim as reimbursement of attorney's fees incurred in the garnishment proceedings pursuant to 29 U.S.C. 216(B) and made payable to Client Trust Account of J.H. Zidell P.A. in trust for Plaintiffs Claudio Difrancesco

and Alberto Villavicencio.

DONE AND ORDERED in Chambers at Miami, Florida this **9th** day of January, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Copies mailed by Chambers to:

Dhafir Karim
P.O. Box 551926
Ft. Lauderdale, FL 33355-1926

Dhafir Karim
13960 SW 14 Street
Davie, FL 33326

Dhafir Karim
16 Little Court
Wantage Oxford
OX129FZ
UK

Luvi Teroc-Velino, Esq.
1876 Bureau Dr.
Fayetteville, NC 28312-8832